Appeal of ARTHUR BEIR.                    Docket No. 339.

The Board may not review a determination that interest is
due unless such determination is made subsequent to June 2, 1924.

Submitted December 8, 1924; decided December 29, 1924.

*Abraham L. Sherwin, Esq.*, for the taxpayer.

*Arthur H. Fast, Esq.* (Nelson T. Hartson, Solicitor of Internal
Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, TRAMMELL, and TRUSSELL.

This appeal was heard on December 8, 1924, upon a plea by the
Commissioner in which he denied the determination of a tax or
other deficiency subsequent to June 2, 1924.

It appears from the petition of the taxpayer, which for the pur-
pose of the plea of the Commissioner is to be accepted as true, ex-
cept as to certain evidence introduced by the Commissioner, that in
September, 1920, the Commissioner determined, upon an audit of
taxpayer's 1918 return, that there was due an additional tax of $7,-
014.80. It further appears that without awaiting the assessment
of this tax the taxpayer filed a claim in abatement with the collector
of the second district of New York. Subsequently the Commis-
sioner made an examination of the books of the taxpayer, and on
January 25, 1923, the taxpayer's liability for the year 1918 was
finally adjusted.

In November, 1922, the collector of the second district of New
York issued a warrant of distraint and served notice on the tax-
payer to pay his aforesaid liability of $7,014.80, with interest thereon
from November 24, 1920. Thereupon the taxpayer paid the face
amount of such tax but declined and refused to pay the interest so
asserted, and filed with the collector an offer in compromise thereof
in the sum of $10, which offer was duly forwarded to the Commis-
sioner and by him rejected under date of September 8, 1924. Upon
the letter notifying the taxpayer of this rejection he predicates his
appeal to the Board.

OPINION.

JAMES: The petition must be and the same is hereby dismissed as
not setting forth an action of the Commissioner reviewable by this
Board.

Accepting as true the allegations of the taxpayer, it would ap-
pear that the entire controversy here in question arose nearly two
years before the creation of the Board of Tax Appeals, and that no
deficiency has been determined in tax, interest, or penalty subsequent
to June 2, 1924. Such being the case, the Board is without jurisdic-
tion to hear and determine the appeal.